| | |
|---|---|
| | JUDGE ROBERT S. LASNIK |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-00236RSL |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND |
| | ) | MOTION FOR CONTINUANCE OF |
| vs. | ) | TRIAL DATE AND PRETRIAL |
| | ) | MOTIONS DEADLINE |
| JORDAN MICHAEL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT having considered the second motion of the defense, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the second motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and an opportunity for the defendant to benefit from his efforts and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING SECOND MOTION
FOR CONTINUANCE OF TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 1
(*Jordan Michael Smith*; CR13-00236RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  IT IS THEREFORE ORDERED that the trial date for Jordan Michael Smith is
2  extended from to January 13, 2014, to February 24, 2014.  The pretrial motions deadline
3  is continued to January 17, 2014.
4  IT IS FURTHER ORDERED that the period of time from the current trial date of
5  January 24, 2014, up to and including the new trial date shall be excludable time
6  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.
7  DONE this 3rd day of January, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING SECOND MOTION
FOR CONTINUANCE OF TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 2
(*Jordan Michael Smith*; CR13-00236RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**